BENJAMIN BRONK, Respondent, *v.* THE BOSTON AND ALBANY
RAILROAD COMPANY, Appellant.

(Argued March 3, 1886; decided March 23, 1886.)

*John Cadman* for appellant.

*Samuel Edwards* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.